**Dismissed and Opinion Filed July 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01281-CV

**JOHN MARTINEZ AND MARINA MARTINEZ AND ALL OTHER OCCUPANTS,**
**Appellants**
**V.**
**MOHAMED KHALEEL AND TALAL KHALEEL, Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04650-CV**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellants' brief in this case is overdue. After appellants failed to respond to the Court's letter regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellants' brief to be filed by June 17, 2016. By postcard dated June 20, 2016, we notified appellants the time for filing appellants' brief had expired. We directed appellants to file their brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a) (1), 42.3(b) (c).


        /Carolyn Wright/
        CAROLYN WRIGHT
        CHIEF JUSTICE

151281F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JOHN MARTINEZ AND MARINA
MARTINEZ AND ALL OTHER
OCCUPANTS, Appellants

No. 05-15-01281-CV          V.

MOHAMED KHALEEL AND TALAL
KHALEEL, Appellees

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-15-04650-CV.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees MOHAMED KHALEEL AND TALAL KHALEEL recover their costs of this appeal from appellants JOHN MARTINEZ AND MARINA MARTINEZ AND ALL OTHER OCCUPANTS.

Judgment entered July 6, 2016.